**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | |
|---|---|
| **PANTAURUS LLC,**<br><br>                      Plaintiff,<br>v.<br><br>**ACER AMERICA CORP.,**<br><br>                      Defendant. | Case No. 1:13-cv-538<br><br>**PATENT CASE**<br><br>**JURY TRIAL DEMANDED** |

**PANTAURUS LLC'S
NOTICE OF RELATED CASES**

Plaintiff PanTaurus LLC ("PanTaurus") files this notice of related cases currently at issue in front of this Court. PanTaurus filed patent infringement actions in the Eastern District of Texas asserting infringement of U.S. Patent 6,272,533 in each complaint for the active cases listed below.

| **Filed September 3, 2013** | |
|---|---|
| **Case No.** | **Defendant** |
| 1:13-cv-538 | Acer America Corp. |
| 1:13-cv-539 | Apple, Inc. |
| 1:13-cv-540 | Apricorn, Inc. |
| 1:13-cv-541 | Asus Computer International |
| 1:13-cv-542 | BlackBerry Corporation |
| 1:13-cv-543 | Global Silicon Electronics, Inc. d/b/a Buslink Media |
| 1:13-cv-544 | Data Locker Inc. |
| 1:13-cv-545 | Fujitsu America, Inc. |
| 1:13-cv-546 | Hewlett-Packard Company |
| 1:13-cv-547 | Imation Corp. |
| 1:13-cv-548 | Lenovo (United States) Inc. |
| 1:13-cv-549 | Lexar Media, Inc. |

| 1:13-cv-550 | Sandisk Corporation |
|---|---|
| 1:13-cv-551 | Sony Electronics Inc. |
| 1:13-cv-552 | Verbatim Americas, LLC |

Dated: September 4, 2013                               Respectfully submitted,

                                                  _/s/ Craig Tadlock_
                                                  Craig Tadlock
                                                  State Bar No. 00791766
                                                  Keith Smiley
                                                  State Bar No. 24067869
                                                  TADLOCK LAW FIRM PLLC
                                                  2701 Dallas Parkway, Suite 360
                                                  Plano, Texas 75093
                                                  903-730-6789
                                                  craig@tadlocklawfirm.com
                                                  keith@tadlocklawfirm.com

                                                  *Attorneys for Plaintiff PanTaurus LLC*

## **CERTIFICATE OF SERVICE**

     I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 4th day of September, 2013.

                                                  /s/ *Craig Tadlock*
                                                  Craig Tadlock